In the Matter of NATHAN TURESKY, an attorney-at-law.

June 5, 1968. Opinion reported at 52 *N. J.* 100.

In the Matter of WALTER J. GEORGE, an attorney-at-law.

December 2, 1968. Opinion reported at 53 *N. J.* 56.